**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| LARRY CURRY<br>on behalf of himself and others<br>similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>N.W. MARTIN & BROS., INCORPORATED<br>and JOHN MARTIN, JR.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 3:18-cv-568<br>)<br>)<br>)<br>)<br>)<br>) |

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for:

N.W. MARTIN & BROS., INCORPORATED

in the above captioned action, certifies that certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

                                        Respectfully submitted,
                                        N.W. MARTIN & BROS., INCORPORATED
                                        JOHN MARTIN, JR.

                By:     /s *Laura D. Windsor*
                                        Laura D. Windsor
                                        Virginia State Bar No. 70354
                                        Counsel for Defendant
                                        WILLIAMS MULLEN P.C.
                                        P.O. Box 1320
                                        Richmond, Virginia 23219
                                        Telephone: (804) 420-6466
                                        Facsimile: (804) 420-6507
                                        lwindsor@williamsmullen.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of September, 2018, I electronically filed the foregoing Financial Interest Disclosure Statement with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following users:

> Philip Justus Dean
> Craig Juraj Curwood
> Attorneys for Plaintiff
> Curwood Law Firm
> 530 E. Main Street, Suite 710
> Richmond, VA 23219
> pdean@curwoodlaw.com
> ccurwood@curwoodlaw.com

By:    /s *Laura D. Windsor*
        Laura D. Windsor
        Virginia State Bar No. 70354
        Counsel for Defendant
        WILLIAMS MULLEN P.C.
        P.O. Box 1320
        Richmond, Virginia 23219
        Telephone: (804) 420-6466
        Facsimile: (804) 420-6507
        lwindsor@williamsmullen.com